**FLEXITEEK AMERICAS, INC. and Flexiteek International As, Plaintiffs–Appellees,**

v.

**PLASDECK, INC. and Plasteak, Inc., Defendants–Appellants,**

and

**Andre Batista, Defendant.**

No. 2009–1501.

United States Court of Appeals, Federal Circuit.

Nov. 2, 2010.

Rehearing Denied Nov. 30, 2010.

---

S. Tracy Long, Santucci, Priore & Long, P.L., of Fort Lauderdale, FL, argued for plaintiffs-appellees.

Bruce H. Wilson, of Akron, OH, argued for defendants-appellants. Of counsel on the brief was J. Clark Dixon, Camillo, Snowden and de Almeida, P.A., of Fort Lauderdale, FL. Of counsel was Douglas de Almeida.

BRYSON, SCHALL, and PROST, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**